NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FELIX L. SORKIN,**
*Plaintiff-Appellant,*

v.

**UNIVERSAL BUILDING PRODUCTS,**
*Defendant-Appellee.*

---

2010-1289

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0133, Judge Ron Clark.

---

**ON MOTION**

---

**O R D E R**

Universal Building Products notifies the court that the automatic stay provisions of 11 U.S.C. § 362 are applicable and moves to stay proceedings in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. This appeal is stayed pursuant to 11 U.S.C. § 362.

(2) Universal Building Products is directed to file a status report every 90 days and to inform the court within 21 days after the bankruptcy proceedings are completed or the stay has been lifted. Felix L. Sorkin may also file status reports.

FOR THE COURT

SEP 1 6 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John S. Egbert, Esq.
    Kenneth R. Nowakowski, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK